**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS**

| | |
|---|---|
| PRINCESS J., ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> NANCY A. BERRYHILL, Deputy ) <br> Commissioner for Operations performing ) <br> The duties and functions not reserved to ) <br> the Commissioner of Social Security, ) <br> ) <br> Defendant. ) | Case No. 18-cv-2025-JES-EIL |

# **ORDER**

This matter is now before the Court on a Report and Recommendation (Doc. 18) from Magistrate Judge Eric Long. More than 14 days have elapsed since the filing of the Report and Recommendation, and no objections have been made. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); *Lockert v. Faulkner*, 843 F.2d 1015 (7th Cir. 1988); *Video Views, Inc. v. Studio 21, Ltd.*, 797 F.2d 538, 539 (7th Cir. 1986). As the parties have failed to raise timely objections, any such objections have been waived. *Id*.

The relevant procedural history has been sufficiently outlined in the comprehensive Report and Recommendation of the Magistrate Judge. Plaintiff moved for entry of judgment in her favor, but failed to support her Motion with any legal argument, or to otherwise provide the Court with sufficient information from which it could find in her favor. *See* Doc. 15. Therefore, the Magistrate Judge recommended that Plaintiff's Motion for Summary Judgment be denied. Doc. 18, at 3 (citing *Anderson v. Hardman*, 241 F.3d 544, 545 (7th Cir. 2001)). The Court concurs with the Magistrate Judge's detailed discussion and recommendation, and now adopts the Report and Recommendation in its entirety.

## CONCLUSION

For the reasons set forth above, the Court adopts the Report and Recommendation (Doc. 18) of the Magistrate Judge in its entirety. Plaintiff's Motion (Doc. 15) for Summary Judgment is DENIED, and Defendant's Motion (Doc. 17) for Summary Judgment is GRANTED.

The Clerk is directed to close the case.

Signed on this 14th day of June, 2019.

<u>s/ James E. Shadid</u>
James E. Shadid
United States District Judge